IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Bernal, Raymond V

Printed: 11/25/08

Case Number: 05 B 57251
Judge: Squires, John H
Filed: 10/16/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 31, 2008
Confirmed: December 14, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 4,046.70 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 1,080.49 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,659.20 |
| Trustee Fee: |  | 220.31 |
| Other Funds: |  | 86.70 |
| Totals: | 4,046.70 | 4,046.70 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,659.20 | 2,659.20 |
| 2. | Paragon Way Inc | Unsecured | 32.38 | 43.25 |
| 3. | Jefferson Capital | Unsecured | 108.20 | 144.63 |
| 4. | Resurgent Capital Services | Unsecured | 73.75 | 98.55 |
| 5. | American Express Centurion | Unsecured | 59.30 | 79.26 |
| 6. | ECast Settlement Corp | Unsecured | 50.45 | 67.40 |
| 7. | Great Seneca | Unsecured | 126.14 | 168.57 |
| 8. | Capital One | Unsecured | 84.94 | 113.55 |
| 9. | Resurgence Financial LLC | Unsecured | 139.87 | 186.92 |
| 10. | Resurgent Capital Services | Unsecured | 133.47 | 178.36 |
| 11. | CB&T | Unsecured |  | No Claim Filed |
| 12. | Comcast | Unsecured |  | No Claim Filed |
| 13. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 14. | Nextcard Payment Services | Unsecured |  | No Claim Filed |
| 15. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 16. | W And A Recovery | Unsecured |  | No Claim Filed |
| 17. | State Collection Service | Unsecured |  | No Claim Filed |
| 18. | Tex Collect/Colection Agency | Unsecured |  | No Claim Filed |
| 19. | Amex | Unsecured |  | No Claim Filed |
|  |  |  | $ 3,467.70 | $ 3,739.69 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Bernal, Raymond V

Printed: 11/25/08

Case Number:  05 B 57251
Judge:  Squires, John H
Filed:  10/16/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 28.14 |
| 5% | 8.68 |
| 4.8% | 16.64 |
| 5.4% | 115.97 |
| 6.5% | 43.38 |
| 6.6% | 7.50 |
|  | $ 220.31 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

